**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | Case No. 11-03180 |
|---|---|
| ROBERTO MENDEZ | |
| GRISEL BELTRAN | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2011.

2) The plan was confirmed on 04/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2011.

5) The case was converted on 09/13/2013.

6) Number of months from filing to last payment: 30.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $42,377.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $39,705.00 |
| Less amount refunded to debtor | $27.54 |

**NET RECEIPTS:** $39,677.46

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,602.96 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,859.01 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,461.97

Attorney fees paid and disclosed by debtor:    $897.04

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY SYSTEMS | Unsecured | 356.83 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 160,250.00 | 204,639.55 | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 0.00 | 30,858.95 | 6,217.38 | 6,217.38 | 0.00 |
| BAC HOME LOANS SERVICING LP | Unsecured | 74,048.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,439.84 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 15,036.00 | 15,213.86 | 15,213.86 | 2,666.37 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,522.00 | 2,578.56 | 2,578.56 | 451.91 | 0.00 |
| CITGO OIL/CITIBANK | Unsecured | 1,696.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,795.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Unsecured | 7,310.00 | 7,310.08 | 7,310.08 | 1,281.16 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 9,336.00 | 9,336.10 | 9,336.10 | 1,636.23 | 0.00 |
| DSNB MACYS | Unsecured | 406.00 | 406.36 | 406.36 | 71.23 | 0.00 |
| FARMERS INSURANCE | Unsecured | 1,483.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 2,807.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 3,075.00 | 5,661.66 | 5,661.66 | 5,661.66 | 149.68 |
| GARCIA LIFE PARTNERS | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 22.19 | NA | NA | 0.00 | 0.00 |
| HARRIS NA | Secured | 80,603.00 | NA | NA | 0.00 | 0.00 |
| HARRIS NA | Unsecured | 80,603.00 | NA | NA | 0.00 | 0.00 |
| INDEPENDENCE RECEIVABLES | Unsecured | NA | 844.00 | 844.00 | 147.91 | 0.00 |
| LA GRANGE MEMORIAL HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA MED CTR/GOTTLIEB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 6,117.00 | 6,127.74 | 6,127.74 | 1,073.94 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,483.00 | 2,483.45 | 2,483.45 | 435.25 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 337.00 | 337.31 | 337.31 | 59.12 | 0.00 |
| NELSON BELTRAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS CO | Unsecured | 49.00 | 49.09 | 49.09 | 0.00 | 0.00 |
| PALATINE RURAL FIRE PROTECTION | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 297.34 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 189.00 | 189.43 | 189.43 | 33.20 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 7,337.00 | 7,337.63 | 7,337.62 | 1,285.98 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 4,228.00 | 4,228.86 | 4,228.86 | 741.15 | 0.00 |
| PUBLIC STORGAGE | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| SATKO ORAL SURGERY | Unsecured | 385.00 | 388.62 | 388.62 | 60.16 | 0.00 |
| SEARS/CBSD | Unsecured | 2,418.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGISTS SC | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUAR STUDENT LOAN CORP | Unsecured | 0.00 | 26,500.86 | 26,500.86 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Secured | 12,699.00 | 12,726.71 | 12,699.00 | 12,699.00 | 423.08 |
| TOYOTA MOTOR CREDIT | Unsecured | 0.00 | 0.00 | 27.71 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 360.37 | 189.37 | 189.37 | 33.19 | 0.00 |
| US CELLULAR | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 147.00 | 121.28 | 121.28 | 16.29 | 0.00 |
| VICTORIAS SECRET | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| VON MAUR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL BI | Unsecured | 408.00 | 408.60 | 408.60 | 71.60 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,217.38 | $6,217.38 | $0.00 |
| Debt Secured by Vehicle | $18,360.66 | $18,360.66 | $572.76 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,578.04** | **$24,578.04** | **$572.76** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,078.90** | **$10,064.69** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,461.97 |
| Disbursements to Creditors | $35,215.49 |
| **TOTAL DISBURSEMENTS** : | **$39,677.46** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/10/2013                   By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**